No. D–2608. IN RE DISCIPLINE OF MORGAN. Frank H. Morgan, Jr., of West Chester, Pa., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2609. IN RE DISCIPLINE OF PEARSON. Jeffry S. Pearson, of Philadelphia, Pa., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2610. IN RE DISCIPLINE OF WOOLVERTON. Daniel A. Woolverton, of Lakeland, Fla., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2611. IN RE DISCIPLINE OF SHEA. Wevley William Shea, of Anchorage, Alaska, is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2612. IN RE DISCIPLINE OF ROSEN. Sol Zalel Rosen, of Arlington, Va., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2613. IN RE DISCIPLINE OF HARMAN. Sara Davis Harman, of Glen Allen, Va., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring her to show cause why she should not be disbarred from the practice of law in this Court.

No. D–2614. IN RE DISCIPLINE OF CREEL. Richard Mark Creel, of Naples, Fla., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.